650

Opinion filed May 29, 1930.
Sanders, Childs, Bobb & Wescott, for appellant; William L. Bourland, of counsel. Quin O'Brien and Alfred F. Mulvihill, for appellee.
Mr. Presiding Justice Barnes delivered the opinion of the court.

Edward C. Wooddell, appellee, v. Congregation Beth Jacob B'Nai Bezalel Anshe Misrach, appellant. Gen. No. 34,089.

Opinion filed May 29, 1930.
Gallagher, Shulman & Abrams, for appellant. Frederic L. Goff, for appellee.
Mr. Presiding Justice Barnes delivered the opinion of the court.

Irving I. Cohen for use of Barney B. Libman, appellee, v. Bake Rite Bakery, Inc., appellant. Gen. No. 34,125.

Opinion filed May 29, 1930.
Sherman & Lewis, for appellant; Louis A. Sherman and Preston Clark, of counsel. Schimberg & Harrison, for appellee.
Mr. Presiding Justice Barnes delivered the opinion of the court.

Charles R. Ewing, appellee, v. Dale D. Sheets Company, appellant. Gen. No. 34,174.

Opinion filed May 29, 1930. Rehearing denied June 10, 1930.
Woods, Bishop & Cohen, for appellant; John H. Bishop, of counsel. Dulsky, Friedman & Dulsky, for appellee; Simon H. Alster, of counsel.
Mr. Presiding Justice Barnes delivered the opinion of the court.

Charles R. Ewing, appellee, v. Dale D. Sheets Company, appellant. Gen. No. 34,175.

Opinion filed May 29, 1930. Rehearing denied June 10, 1930.
Woods, Bishop & Cohen, for appellant; John H. Bishop, of counsel. Dulsky, Friedman & Dulsky, for appellee; Simon H. Alster, of counsel.
Mr. Presiding Justice Barnes delivered the opinion of the court.